Robert **MIHALOVIC** and Joan **Mihalovic, Plaintiffs-Respondents,**

v.

**WENNEKER CONSTRUCTION COMPANY, Defendant-Appellant.**

No. 52549.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 28, 1987.

Keith C. Zagar, St. Louis, for defendant-appellant.

Francis L. Ruppert, Clayton, for plaintiffs-respondents.

ORDER

Appellant appeals from a jury verdict of $9,000.00 in favor of respondents on a claim of negligence. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for

---

our order affirming the judgment pursuant to Rule 84.16(b).